IN THE UNITED STATES DISTRICT COURT
for the EASTERN DISTRICT of PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA FEDERAL CREDIT UNION**<br>Plaintiff<br>vs.<br><br>**GEORGE ANKRAH**<br>Defendant | : CIVIL ACTION<br>:<br>:<br>:<br>: No.  2:13-CV-03040 (ER)<br>:<br>: |

## CERTIFICATE OF SERVICE

I, William J. Levant, Esquire, do hereby certify, under penalty of 18 P.S. §4904, that on October 17, 2013, I caused a true and correct copy of the foregoing Motion for Sanctions, with cover letter as required by Rule 11, to be sent, via first class U.S. mail, postage prepaid, to the following:

>Joshua Thomas, Esquire
>309 Fellowship Road, Suite 200
>Mount Laurel, NJ 08054

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:  */S/ William J. Levant, Esquire*
     WILLIAM J. LEVANT