IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA FEDERAL CREDIT UNION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE ANKRAH | : | NO. 13-3040 |

## ORDER

AND NOW, this        day of January, 2014, upon consideration of the motion of Philadelphia Federal Credit Union for Sanctions Pursuant to Rule 11 (Doc. 16), and defendant's response (Doc. 19), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


  /s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge