IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA FEDERAL CREDIT UNION | : | CIVIL ACTION |
| v. | : | |
| GEORGE ANKRAH | : | NO. 13-3040 |

FILED

FEB 1 9 2014

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 18th day of February, 2014, upon consideration of the record in this case ① and the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Defendant's Motion to Set Aside the Default in Accordance With Rule 55(c) (Doc. 10) is **DENIED**;

3. Plaintiff's Request for Entry of Final Judgment (Doc. 13) is **GRANTED**; and

3. Final Judgment in mortgage foreclosure will be entered in favor of the Plaintiff and against the Defendant in the amount of $170,953.60.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

① No objections having been filed.

ENTERED
FEB 19 2014
CLERK OF COURT